No. 10–8463.  ARRINGTON *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 10–8466.  TILLMAN *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 10–8468.  WILLIAMS *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 10–8471.  MITCHELL *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 10–8472.  McCULLERS *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 10–8473.  NICOLL *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 10–8479.  GOSPIDON *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 10–8480.  FRANCIS *v.* FABIAN, COMMISSIONER, MINNESOTA DEPARTMENT OF CORRECTIONS.  C. A. 8th Cir.  Certiorari denied.

No. 10–8481.  FOFANA *v.* CLARK.  C. A. 9th Cir.  Certiorari denied.

No. 10–8482.  LOPEZ-MORENO *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 10–8487.  THOMAS *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 10–8488.  CHINH TRONG NGUYEN *v.* UNITED STATES. C. A. 10th Cir.  Certiorari denied.

No. 10–8493.  VERNON *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 10–8498.  SWAIN *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 10–8501.  ORLANSKY *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.